

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00190-CV

| | | |
|---|---|---|
| Phil Ferrant | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2011-002076-1) |
| v. | § | September 26, 2013 |
| Graham Associates, Inc. | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Phil Ferrant shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Anne Gardner